

June 9, 2014

Honorable William E. Callahan, Jr.
United States District Court
Eastern District of Wisconsin
517 East Wisconsin Avenue, Room 250
Milwaukee, WI 53202

    Re:    *Gehl Foods Inc. v. Zico Beverages LLC*
            Case No. 13-CV-1166

Dear Judge Callahan:

    I have been authorized by the parties to advise the Court that we have reached a settlement in the above-referenced matter. We respectfully request that you remove the June 16, 2014 deadline for Zico's response to Gehl's motion for summary judgment. We will file our dismissal paperwork once the settlement has been finalized.
    Thank you.

                                  Respectfully,

                                  */s/ Naomi E. Sanders*

                                  Naomi E. Sanders

NES/jjb

cc:    Margo Weinstein, Esq. (via CM/ECF)

GONZALEZ SAGGIO & HARLAN LLP
Attorneys at Law
www.gshllp.com
Affiliated with Gonzalez, Saggio and Harlan, L.L.C.

Milwaukee
111 East Wisconsin Avenue
Suite 1000
Milwaukee, WI 53202
Tel (414) 277-8500

Atlanta, GA | Indianapolis, IN | Pasadena, CA
Boca Raton, FL | Los Angeles, CA | Phoenix, AZ
Boston, MA | Miami, FL | Washington, D.C.
Chicago, IL | Nashville, TN | Wayne, NJ
Cleveland, OH | New York, NY | West Des Moines, IA